IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANTIAGO CASTANEDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2016-CV-3414 |
| | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Lowe's Home Centers, LLC, through its attorneys, HEPLERBROOM, LLC, removes to this Court the above entitled case from the Circuit Court of Cook County, Illinois. In support thereof, Defendant states as follows:

1. The removed case is a civil action filed on February 11, 2016, in the Circuit Court of Cook County, Illinois, bearing case number 2016-L-001484.

2. As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of the Complaint and Summons acknowledging service upon Defendant Lowe's Home Centers, LLC on February 26, 2016.

3. Venue of this removed action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4. This Notice of Removal is filed by Defendant Lowe's Home Centers, LLC with this Court within 30 days of receipt by Defendant Lowe's Home Centers, LLC of service of the initial pleading as required by 28 U.S.C. § 1446(b).

5. Plaintiff, Santiago Castaneda, is an individual citizen and resident of the State of Illinois.

6. Defendant Lowe's Home Centers, LLC is a limited liability company formed under the laws of North Carolina with its principal place of business located in North Carolina.

7. Defendant Lowe's Home Centers, LLC was served with the Summons and Complaint on February 26, 2016.

8. There is in excess of $75,000.00 in controversy in this matter.

9. On January 4, 2016, Plaintiff's counsel sent a letter to Tatum Walker, a Lowe's Claims Examiner, listing $196,636.90 in special damages, encompassing medical bills and lost wages. That letter is attached as Exhibit B, without enclosures comprised of 452 pages of Plaintiff's medical bills and records.

10. Accordingly, Defendant Lowe's Home Centers, LLC removes this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and sufficient amount in controversy.

11. Defendant Lowe's Home Centers, LLC will promptly serve written notice of the removal of this action upon Plaintiff and will file such notice with the Clerk of the Circuit Court for Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

12. Defendant demands a trial by jury of all issues to be tried.

WHEREFORE, Defendant Lowe's Home Centers, LLC respectfully gives notice that the above-entitled cause is removed from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois – Eastern Division.

Respectfully Submitted,

LOWE'S HOME CENTERS, LLC, Defendant

By: */s/ Edna McLain*
      One of its attorneys

Edna McLain, #6278008
HEPLERBROOM LLC
30 N. LaSalle Street, Ste. 2900
Chicago. IL 60602
(312) 230-9100 (telephone)
(312) 230-9201 (facsimile)
E-mail: elm@heplerbroom.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, I electronically filed Lowe's Home Centers, LLC's Notice of Removal and Demand for Jury Trial with the Clerk of the Court using the CM/ECF system and that a copy was served upon the following attorneys of record by enclosing the same in an envelope addressed to such attorneys with postage fully prepaid and by depositing said envelope in a U.S. Post Office mail box in Chicago, Illinois on this 18th day of March, 2016.

Michael A. Hume  
Cary J. Wintroub & Associates  
10 S. LaSalle Street  
Suite 2424  
Chicago, IL 60603  
Tel: (312) 726-1021  
Fax: (312) 726-4009  
*Attorney for Plaintiff*

/s/ Edna McLain  
Attorney for Defendant