

**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

A3M / ALL
Transmittal Number: 14844524
Date Processed: 02/26/2016

| | |
|---|---|
| Primary Contact: | Katy P. Foster<br>Lowe's Companies, Inc.<br>1000 Lowe's Blvd<br>Mooresville, NC 28117 |
| Copy of transmittal only provided to: | Bill McCanless<br>Stacey Davidson<br>Dona Manley<br>Kayla Fox |
| Entity: | Lowe's Home Centers, LLC<br>Entity ID Number 2515365 |
| Entity Served: | Lowe's Home Centers, LLC |
| Title of Action: | Santiago Castaneda vs. Lowe's Home Centers, LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Cook County Circuit Court, Illinois |
| Case/Reference No: | 2016L001484 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 02/26/2016 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Michael A. Hume<br>312-726-1021 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



EXHIBIT A

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | (2/28/11) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

No. 2016L001484
CALENDAR/ROOM A
TIME 00:00
Premises Liability

SANTIAGO CASTANEDA

(Name all parties)

v.

LOWE'S HOME CENTERS, LLC

Serve: Lowe's Home Centers, LLC
c/o Illinois Service Corporation C
801 Adlai Stevenson Dr, Springfield, IL 62703

### ⦿ SUMMONS ◯ ALIAS SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ⦿ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

- ◯ District 2 - Skokie
  5600 Old Orchard Rd.
  Skokie, IL 60077

- ◯ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ◯ District 4 - Maywood
  1500 Maybrook Ave.
  Maywood, IL 60153

- ◯ District 5 - Bridgeview
  10220 S. 76th Ave.
  Bridgeview, IL 60455

- ◯ District 6 - Markham
  16501 S. Kedzie Pkwy.
  Markham, IL 60428

- ◯ Child Support
  28 North Clark St., Room 200
  Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 44667
Name: Cary J. Wintroub & Associates
Atty. for: Plaintiff
Address: 10 S. LaSalle Suite 2424
City/State/Zip: Chicago, IL 60603
Telephone: 312-726-1021

WITNESS, **DOROTHY BROWN**,
CLERK OF CIRCUIT COURT

FEB 11 2016

Date of service: _____,
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

2016 FEB 11 PM 4:40

| | | |
|---|---|---|
| SANTIAGO CASTANEDA, | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | No.: 2016L001484 CALENDAR/ROOM A TIME 00:00 Premises Liability |
| LOWE'S HOME CENTERS, LLC, | ) ) | |
| Defendant, | ) ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SANTIAGO CASTANEDA, by and through his attorneys, CARY J. WINTROUB & ASSOCIATES, who complains of the Defendant, LOWE'S HOME CENTERS, LLC, as follows:

1. On May 10, 2014, and for some time prior and subsequent thereto, the Defendant, LOWE'S HOME CENTERS, LLC (hereinafter "LOWE'S") was a North Carolina Limited Liability Company doing business in Illinois engaging in the business of owning and operating retail home improvement stores.

2. On May 10, 2014, and for some time prior and subsequent thereto, the Defendant, LOWE'S, owned, operated, leased, rented, managed, maintained, controlled, possessed and/or contracted to own, operate, lease, rent, manage, maintain, control and possess the premises commonly known as Lowe's Store #2304, located at 7971 S. Cicero Avenue, in the City of Chicago, County of Cook, State of Illinois, along with all of the passages, areaways, and appurtenances thereof and thereat.

3. That on May 10, 2014, the Plaintiff, SANTIAGO CASTANEDA, was legally and lawfully present on the premises referred to in Paragraph Number Two as a patron.

4. That on May 10, 2014, the Plaintiff, SANTIAGO CASTANEDA, sustained injury when employees of Defendant, LOWE'S, dropped a box onto the Plaintiff's head.

5. That on or about February 19, 2014, and for some time prior and subsequent thereto, it then and there became and was the duty of the Defendant, LOWE'S, and by and through their agents, servants and employees, to exercise reasonable and ordinary care and caution in the ownership, rental, leasing, operation, management, maintenance, control and/or possession of said premises and the passages, areaways, and appurtenances thereof and thereat, so that same would be in a good, safe and proper condition for persons legally and lawfully in and upon said premises to be, use, occupy, and walk upon, and so as not to cause harm and injury to such persons.

6. That at the time and place aforesaid, the Defendant, LOWE'S, by and through its agents, servants and employees, carelessly and negligently acted or failed to act in one or more of the following ways:

(a) Improperly owned, rented, leased, operated, managed, maintained, controlled and/or possessed said premises so that as a direct result thereof the Plaintiff was injured;

(b) Carelessly and negligently failed to provide a good, safe and proper place for the Plaintiff to be, use and occupy while on its premises;

(c) Carelessly and negligently dropped a box onto the Plaintiff's head, although Defendant knew or should have known that said conduct was likely to cause injury to those on the premises, specifically the Plaintiff;

(d) Carelessly and negligently failed to have adequate safety precautions in effect, although Defendant knew or should have known that said failure was likely to cause injury to those on the premises, including the Plaintiff;

(e) Failed to properly train and/or supervise its employees such that employees of Defendant dropped a box onto the Plaintiff's head, although Defendant knew or should have known that said conduct was likely to cause injury to those on the premises, including the Plaintiff;

(f) Failed to follow industry safety standards and protocols such that employees of Defendant dropped a box onto the Plaintiff's head, although Defendant knew or should have known that said conduct was likely to cause injury to those on the premises, including the Plaintiff;

(g) Otherwise carelessly and negligently owned, rented, leased, operated, managed, maintained, controlled and/or possessed said premises.

7. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts of the Defendant, LOWE'S, by and through its agents, servants and employees on its behalf, the Plaintiff, SANTIAGO CASTANEDA suffered and will, in the future, suffer injuries of a personal, permanent and pecuniary nature.

WHEREFORE, the Plaintiff, SANTIAGO CASTANEDA, prays for the entry of judgment against the Defendant, LOWE'S, in an amount in excess of FIFTY THOUSAND AND 00/100 DOLLARS, ($50,000.00,) plus costs of this suit.

CARY J. WINTROUB & ASSOCIATES

By: Michael A. Hume

Attorney No.: 44667
Cary J. Wintroub & Associates
Attorneys for Plaintiff
10 S. LaSalle, Suite 2424
Chicago, IL 60603
312-726-1021

## AFFIDAVIT OF DAMAGES

### SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney for the plaintiff in the above entitled cause of action seeking money damages, and states that this cause of action **DOES** exceed $50,000.00.

CARY J. WINTROUB & ASSOCIATES

By: _____
Michael A. Hume

SUBSCRIBED and SWORN to before me this 11 day of February, 2016.

_____
Notary Public

OFFICIAL SEAL
REYNA RAMOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/29/16

Attorney No. 44667
CARY J. WINTROUB & ASSOCIATES
Attorneys for Plaintiff
10 S. LaSalle Street, Suite 2424
Chicago, Illinois 60603
(312) 726-1021