**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **SANTIAGO CASTANEDA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:16-CV-3414 |
| ) | |
| **LOWE'S HOME CENTERS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## AGREED STIPULATION TO DISMISS

Plaintiff, SANTIAGO CASTANEDA, and Defendant, LOWE'S HOME CENTERS, LLC, through their respective attorneys, CARY J. WINTROUB & ASSOCIATES, and HEPLERBROOM LLC, on an agreed basis, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all matters in controversy have been compromised and settled to the satisfaction of the parties, and that further, this cause of action shall be dismissed with prejudice and without costs to any party herein.

| | |
|---|---|
| Respectfully Submitted, | Respectfully submitted, |
| LOWE'S HOME CENTERS, LLC, Defendant | SANTIAGO CASTANEDA, Plaintiff |
| By: */s/ Edna McLain* | By: */s/ Michael Hume* |
| One of its attorneys | One of his attorneys |
| Edna McLain, #6278008 | Michael A. Hume |
| HEPLERBROOM LLC | CARY J. WINTROUB & ASSOCIATES |
| 30 N. LaSalle Street, Ste. 2900 | 10 S. LaSalle Street, Ste. 2424 |
| Chicago. IL 60602 | Chicago, IL 60603 |
| (312) 230-9100 (telephone) | (312) 726-1021 (telephone) |
| (312) 230-9201 (facsimile) | (312) 726-4009 (facsimile) |
| E-mail: elm@heplerbroom.com | E-mail: mah@cjw-law.com |