UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Santiago Castaneda
        Plaintiff,
v.               Case No.: 1:16−cv−03414
                Honorable Sheila M. Finnegan
Lowe's Home Centers, LLC
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 3, 2017:

   MINUTE entry before the Honorable Sheila M. Finnegan: Pursuant to the parties' joint stipulation to dismiss [46], all claims in this action are dismissed with prejudice, without costs to any party. Telephone status set on 12/27/2017 is cancelled. Civil case terminated. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.